IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3096 |
| | ) | 4:99CR3040 |
| v. | ) | |
| | ) | |
| MICHAEL A. EALEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

        Following a telephone conference this date,

        IT IS ORDERED:

        1.  Another status conference by telephone will be held on
January 8, 2009 at 10:00 a.m.  Plaintiff's counsel shall initiate
the call.

        2.  The ends of justice will be served by granting such a
motion, and outweigh the interests of the public and the
defendant in a speedy trial, and the additional time arising as a
result of the granting of the motion, the time between
September 8, 2008 and January 8, 2009 shall be deemed excludable
time in any computation of time under the requirements of the
Speedy Trial Act, for the reason that the parties require
additional time to adequately prepare the case, taking into
consideration due diligence of counsel, the novelty and
complexity of the case, and the fact that the failure to grant
additional time might result in a miscarriage of justice.
18 U.S.C. § 3161(h)(8)(A) & (B).

        DATED this 8th day of September, 2008.

                              BY THE COURT:

                              s/ David L. Piester
                              David L. Piester
                              United States Magistrate Judge