IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3040 & |
| | ) | 4:08CR3096 |
| V. | ) | |
| | ) | |
| MICHAEL A. EALEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)    The defendant's motion to continue sentencing and revocation hearing (4:99CR3040, filing 127; 4:08CR3096, filing 34) is granted.

(2)    The defendant's revocation hearing in Case No. 4:99CR3040 and sentencing hearing in Case No. 4:08CR3096 are rescheduled to Thursday, June 25, 2009, at 12:00 noon before Judge Kopf.

DATED this 8th day of April, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge