IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3096 & |
| | ) | 4:99CR3040 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL A. EALEY, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the government,

IT IS ORDERED that Defendant Ealey's sentencing in Case No. 4:08CR3096 and revocation hearing in Case No. 4:99CR3040 are rescheduled to Tuesday, July 21, 2009, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

June 10, 2009.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge