IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3096 |
| | ) | & |
| V. | ) | 4:99CR3040 |
| | ) | |
| MICHAEL A. EALEY, | ) | |
| | ) | |
| Defendant. | ) | ORDER |

    IT IS ORDERED that the defendant's motion to withdraw exhibits (filing 52 in Case No. 4:08CR3096 and filing 140 in Case No. 4:99CR3040) is granted.

    DATED this 3rd day of August, 2009.

                                    BY THE COURT:

                                    *Richard G. Kopf*
                                    United States District Judge