IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3096 |
| V. | ) | |
| MICHAEL A. EALEY, | ) | ORDER |
| Defendant. | ) | |

Upon a showing that full restitution has been made,

IT IS ORDERED that:

1. The Clerk shall mark her records to reflect restitution has been made in full.

2. The Clerk shall provide copies of this order to the United States Marshals Service and Craig R. Ford, the probation officer who prepared the presentence report in this case.

3. The United States Marshals Service and Mr. Ford shall advise the Bureau of Prisons that restitution has been made in this case and, accordingly, the BOP shall stop collecting restitution from the defendant.

DATED this 13th day of December, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge