IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL A. EALEY,<br><br>　　　　　　　Defendant. | 4:08CR3096<br><br>**ORDER** |

　　　IT IS ORDERED that the defendant's motion to withdraw document (Filing 60) is granted. The defendant's motion for release (Filing 58) is denied without prejudice.

　　　Dated this 10th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge